# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RACZ, | NO. CV 12–5300 FMO |
|     Petitioner, | |
|     v. | **JUDGMENT** |
| WILLIAM KNIPP, Warden, | |
|     Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 31st day of August, 2012.

/s/
Fernando M. Olguin
United States Magistrate Judge