# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RACZ,<br><br>  Petitioner,<br><br>  v.<br><br>WILLIAM KNIPP, Warden,<br><br>  Respondent. | NO. CV 12–5300 FMO<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 31st day of August, 2012.

/s/
Fernando M. Olguin
United States Magistrate Judge